

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00020-CR

BRIAN ERIK GUNTER
v.
THE STATE OF TEXAS

On Appeal from the
24th District Court of Jackson County, Texas
Trial Court Cause No. 20-1-10576

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that certain judgments of the trial court should be affirmed and that certain judgments should be vacated. The Court VACATES the judgments of the trial court for Count 2 and Count 3 and AFFIRMS the remainder of appellant's convictions.

We further order this decision certified below for observance.

June 8, 2023